C. Murray HENDERSON, Warden, Louisiana State Penitentiary.

No. 52857.

Oct. 19, 1972.

Application denied. The trial Judge was correct in his ruling after the evidentiary hearing.

267 So.2d 210

Aubrey HARRIS, Sr.

v.

HUVAL BAKING COMPANY, INC., et al., Gulf Coast Lines Employees' Hospital Association.

No. 52869.

Oct. 19, 1972.

Application denied. The judgment is correct.

SUMMERS, BARHAM and DIXON, JJ., are of the opinion the result is correct.

267 So.2d 210

STATE of Louisiana ex rel. Leo LAZART

v.

C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.

No. 52853.

Oct. 19, 1972.

Writ denied. The showing made does not warrant the exercise of this Court's supervisory jurisdiction.